**JUDGE ZAGEL**

| Prob 22<br>(2/98) | | DOCKET NUMBER (Tran Court)<br>1:01CR00034-004 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec Court) |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE:<br><br>Michael Lockett<br><br>'7 | DISTRICT<br>Northern District of Mississippi | DIVISION<br>Eastern |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Honorable Neal B. Biggers, Jr. | |

**MAGISTRATE JUDGE COLE**

| | DATES OF PROB/TSR RELEASE | FROM<br>07/27/2007 | TO<br>07/26/2012 |
|---|---|---|---|

OFFENSE

Distribution of Cocaine Base; Aiding and Abetting in the Distribution of Cocaine Base

# 08CR 0017

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IT IS HEREBY ORDERED that pursuant to 18U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the [North] upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/05/07
_____
Date

_Neal Biggers_
_____
United States District Judge

\* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN - 8 2008
_____
Date

_James F. Holderman_
_____
United States District Judge

**F I L E D**
1-9-08
JAN 0 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*UNITED STATES GOVERNMENT*

*MEMORANDUM*

JUDGE ZAGEL

DATE:        December 20, 2007

REPLY TO
  ATTN OF:   U. S. Probation Office                    08CR 0017
             55 East Monroe Street,  Room 1500
             Chicago, Illinois    60603

SUBJECT:     Transfer of Jurisdiction                  MAGISTRATE JUDGE COLE

TO:          Mrs. Alyce Mobley-Morris
             Courtroom Deputy to Chief Judge Holderman
             U. S. Court House, Room 2548



             RE:    LOCKETT, Michael

             DOCKET NO. OF
             TRANSFERRING COURT: 1:01CR00034-004

Enclosed is Probation Form 22 initiating transfer of jurisdiction to our
district.  Please return the signed copies accepting jurisdiction to this
office.

Thank you.

Attachment

cc:    Brent In
       U. S. Probation Officer

taw